☒ FILED  ☐ LODGED
**May 20 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. MJ-24-04152-001-PCT-CDB |
| Mark Adams Prieto | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Mark Adams Prieto,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 933(a)(1) Trafficking in Firearms

Date: 05/15/2024

*Natalia Bergander*
Issuing officer's signature

City and state: Flagstaff, Arizona    s/ Debra D. Lucas, Clerk    Natalia Bergander/Judicial Assistant
Printed name and title

---

### Return

This warrant was received on (date) 5/15/2024, and the person was arrested on (date) 5/14/24 @ 9:08pm
at (city and state) ALBUQUERQUE, NM.

Date: 5/17/24

*Ryan Harp*
Arresting officer's signature

RYAN HARP    SPECIAL AGENT
Printed name and title

CC: USM & PTS