AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Mark Adams Prieto<br>*Defendant* | Case No. CR-24-08062-001-PCT-JJT |

FILED ☐ LODGED ☐
☒ RECEIVED ☐ COPY

JUN 2 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* Mark Adams Prieto,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 933(a)(1) Trafficking in Firearms
18 USC § 924(h) Transfer of a Firearm for Use in Crime of Violence
26 USC § 5841, 5861(d), and 5871 Possession of an Unregistered Firearm

D. Draper
*Issuing officer's signature*

ISSUED ON 2:36 pm, Jun 12, 2024

City and state: Phoenix, Arizona

D. Draper, Deputy Clerk s/ Debra D. Lucas, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/12/2024, and the person was arrested on *(date)* 6/12/2024
at *(city and state)* Albuquerque NM

Date: 6/20/2024

by: [signature]
*Arresting officer's signature*
already in custody
*Printed name and title*

cc: PTS